## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTION

*January 19, 2007*

[Cite as *01/19/2007 Case Announcements*, 2007-Ohio-162.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–2299. Biros v. Houk.**
In Habeas Corpus. On petition for writ of habeas corpus of Kenneth Biros and petitioner's motion to supplement petition for writ of habeas corpus and affidavit. Motion to supplement petition granted. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 23, 2007*

[Cite as *01/23/2007 Case Announcements*, 2007-Ohio-225.]

## MOTION AND PROCEDURAL RULINGS

**2002–1377. State v. Cunningham.**
Allen C.P. No. CR2002–0010. This cause came on for further consideration of appellant's motion to appoint Michael J. Benza and William Lazarow as counsel for the purpose of filing an application for reopening. Upon consideration thereof,
   It is ordered by the court that the motion is granted.

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration of appellant's motion for to leave to file a motion for reconsideration instanter. Upon consideration thereof,
   It is ordered by the court that the motion is denied.

**2004–0041. State v. Elmore.**
Licking C.P. No. 02 CR 275. It is ordered by the court that the motion for stay of execution is granted.

**2006–1155. Doe v. Archdiocese of Cincinnati.**
Hamilton App. No. C–050438. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellee's motion for relief pursuant to S.Ct.Prac.R. XIV(2)(D),
   It is ordered by the court that the motion is granted. Appellee may file a merit brief within thirty days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2006–2359. Perotti v. Stine.**
Cuyahoga App. No. 88732, 2006-Ohio-6464. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for appointment of counsel,
   It is ordered by the court that the motion is denied.

**2007–0081. State ex rel. Sneed v. Anderson.**
Lorain App. No. 06CA009051. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellant's motion for appointment of counsel,
   It is ordered by the court that the motion is denied.